*Arnold La Guardia, Anthony J. Caputo* and *Harry G. Herman* for appellant.

*John D. D'Apice, Frank J. Hand* and *Maurice W. Grady* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

JOSEPH R. PARETTA, Appellant, *v.* ANDREW YUHAS et al., Respondents.

Submitted November 16, 1948; decided December 2, 1948.

*Frank A. Bellucci* for appellant.

*Isadore Dicker* and *David M. Zap* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of BERTHA HAAS, Appellant, against INCORPORATED VILLAGE OF CEDARHURST, Respondent.

Argued November 17, 1948; decided December 2, 1948.